UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RONALD J. MULDER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ISIDRO BACA, et al.,<br><br>　　　　　Defendants. | Case No.: 3:24-cv-00046-ART-CLB<br><br>**ORDER**<br><br>(ECF No. 1) |

**I.　DISCUSSION**

Plaintiff, who was formerly incarcerated in the custody of the Nevada Department of Corrections, initiated this action with an application to proceed *in forma pauperis* for inmates. (ECF No. 1). However, Plaintiff has filed a change of address indicating that he is no longer incarcerated. (ECF No. 6). The Court denies the application to proceed *in forma pauperis* for inmates as moot because Plaintiff is no longer incarcerated. The Court now directs Plaintiff to file an application to proceed in forma pauperis by a non-prisoner or pay the full filing fee of $405 on or before **September 20, 2024**.

**II.　CONCLUSION**

IT IS THEREFORE ORDERED that the application to proceed *in forma pauperis* for inmates (ECF No. 1) is **DENIED** as moot.

IT IS FURTHER ORDERED that, no later than **September 20, 2024**, Plaintiff will either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $405.

IT IS FURTHER ORDERED that the Clerk of the Court WILL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this action will be subject to dismissal without prejudice. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff

can file a complete application to proceed *in forma pauperis* for non-prisoners or pay the required filing fee.

DATED THIS <u>21st</u> day of August 2024.

_____
UNITED STATES MAGISTRATE JUDGE