UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RONALD J. MULDER,<br><br>                         Plaintiff<br><br>    v.<br><br>ISIDRO BACA, et al.,<br><br>                        Defendants | Case No. 3:24-cv-00046-ART-CLB<br><br>**ORDER** |

**I.    DISCUSSION**

On August 21, 2024, the Court ordered Plaintiff to either pay the $405 filing fee or file an application to proceed *in forma pauperis* for non-prisoners by September 20, 2024. (ECF No. 7). Plaintiff has filed a motion requesting an extension because he did not receive the Court's order until September 15, 2024. (ECF No. 9). Good cause appearing, the Court grants the motion and extends the deadline for Plaintiff to pay the filing fee or file an application to proceed *in forma pauperis* for non-prisoners until **October 21, 2024**. Barring unusual circumstances, the Court does not anticipate granting another extension.

**II.    CONCLUSION**

It is therefore ordered Plaintiff's motion for an extension (ECF No. 9) is GRANTED. Plaintiff shall either pay the $405 filing fee or file a complete application to proceed *in forma pauperis* for non-prisoners on or before **October 21, 2024**.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complete application to proceed *in forma pauperis* or pay the required filing fee.

DATED THIS __18th__ day of September 2024.

_____
UNITED STATES MAGISTRATE JUDGE