**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

RONALD J. MULDER,

Plaintiff,

v.

ISIDRO BACA, *et al.*,

Defendants.

Case No. 3:24-CV-00046-ART-CLB

**ORDER DENYING PLAINTIFF'S MOTIONS FOR SERVICE BY MARSHAL, FOR DEFENDANT'S ADDRESS UNDER SEAL, AND FOR EXTENSION OF TIME**

[ECF Nos. 39, 40, 41]

Before the Court is Plaintiff Ronald J. Mulder's ("Mulder") motion for service of process by the U.S. Marshal's service, (ECF No. 39), motion for Defendant's last known address under seal, (ECF No. 40), and motion for extension of time, (ECF No. 41).[1]

On April 8, 2026, the Court held a telephonic hearing regarding the parties' stipulation to extend the discovery deadlines in this case, (ECF No. 35). (ECF No. 36.) At the hearing, the Court stayed discovery and set a virtual settlement conference for June 10, 2026. (*Id.*) Thereafter, on April 20, 2026, Mulder filed the three motions at issue in this case. Based on the stay of discovery and upcoming settlement conference, all three of Mulder's motions are denied. Mulder may refile these motions if this case does not settle and after the stay is lifted.

**IT IS THEREFORE ORDERED** that Mulder's motions for service by the U.S. Marshals, (ECF No. 39), motion for Defendant's last known address under seal, (ECF No. 40), and motion for extension of time, (ECF No. 41), are **DENIED**.

**IT IS FURTHER ORDERED** that no further motions may be filed in this case until after the settlement conference on June 10, 2026.

**DATED**: April 22, 2026.

_____
**UNITED STATES MAGISTRATE JUDGE**

---

[1] The motions are identical. (*Compare* ECF No. 39 *with* ECF No. 40 *and* ECF No. 41).